C. C. MORGAN v. STATE.

No. 17193.

Court of Criminal Appeals of Texas.

Jan. 30, 1935.

T. T. Thompson, of Clarksville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for transporting intoxicating liquor; punishment assessed at one year in the penitentiary.

The indictment is fatally defective under the recent holding of this court in Offield v. State, 75 S.W.(2d) 882, and Haynie v. State,

76 S.W.(2d) 133, and numerous other cases following the Offield Case, supra.

The judgment is reversed, and the prosecution ordered dismissed under the present indictment.